[No. 14545-0-III.   Division Three.   March 28, 1996.]

JAMES F. SMITH, D/B/A DICOMM CONSTRUCTION, *Respondent*, v. RICHARD SIEKAWITCH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-2-01450-2, Michael E. Cooper, J.

Pro Tem., entered November 7, 1994. *Reversed* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Thompson, JJ.